```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

JASON WRIGHT                                          PETITIONER

VS.                              CIVIL ACTION NO. 4:05CV93TSL-LRA

CHRISTOPHER B. EPPS, ET AL.                          RESPONDENTS

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the respondents, and that this action is dismissed with prejudice.

SO ORDERED this the 8th day of January, 2008.

```
                         _/s/ Tom S. Lee_____
                         UNITED STATES DISTRICT JUDGE
```